IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| **KARLA LIST** <br> *Plaintiff,* <br><br> v. <br><br> **PLAZAMERICAS MALL TEXAS, LLC** <br> *Defendant.* | § § § § § § § § § | NO. 4:18-CV-04810 |

### PLAINTIFF'S NOTICE OF NONSUIT WITH PREJUDICE

Plaintiff, Karla List, hereby takes a nonsuit of their claims against Defendant, **Plazamericas Mall Texas, LLC**, with prejudice to the re-filing of same, pursuant to the Federal Rules of Civil Procedure.

All costs of the courts are taxed against party incurring same.

The docket clerk is requested to enter this notice into the minutes of the court.

Respectfully submitted,

**DASPIT LAW FIRM**

*/s/ Cesar E. Amador*
Cesar E. Amador
Texas State Bar No. 24105367
Federal ID: 3341377
440 Louisiana St., Suite 1400
Houston, Texas 77002
Telephone: (713) 588-0383
Facsimile: (713) 587-9086
Email : e-service@daspitlaw.com

**ATTORNEY FOR PLAINTIFF**

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the foregoing Plaintiff's Notice of Nonsuit Without Prejudice was served on all counsel of record in accordance with Federal Rules of Civil Procedure, on August 15, 2019.

*<u>Via email: David.toy@dstpllc.com</u>*
David S. Toy
David S. Toy PLLC
1638 Harold Street
Houston, Texas 77006
Phone: (713) 289-8930
Facsimile: (713) 583-0451


*/s/ Cesar E. Amador*
Cesar E. Amador