United States District Court
Southern District of Texas
**ENTERED**
August 16, 2019
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| **KARLA LIST** *Plaintiff,* § § § | |
| **v.** § | NO. 4:18-CV-04810 |
| **PLAZAMERICAS MALL TEXAS, LLC** *Defendant.* § § § § | |

### ORDER GRANTING PLAINTIFF'S NON-SUIT WITH PREJUDICE

On this 15th day of August, 2019, the Court was presented with Plaintiffs, **KARLA LIST** Notice of Non-Suit with prejudice of her claims against Defendant, **PLAZAMERICAS MALL TEXAS, LLC.**

The Court has been advised that Plaintiff desires to Non-Suit all of their claims against Defendant, **PLAZAMERICAN MALL TEXAS, LLC** with prejudice. The Court hereby acknowledges Plaintiff's Non-Suit.

IT IS HEREBY ORDERED that all claims by Plaintiff against Defendant, **PLAZAMERICAS MALL TEXAS, LLC** are hereby dismissed with prejudice. All costs of suit are to be borne by the party incurring same.

Signed this 15th day of August, 2019.

*/s/ Lee H. Rosenthal*
Honorable Judge